UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ALDRIDGE L. MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-CV-2-ZMB |
| | ) | |
| HIGHER EDUCATION LOAN AUTHORITY | ) | |
| OF THE STATE OF MISSOURI, *d/b/a/* | ) | |
| *MOHELA*, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In light of the parties' joint Stipulation of Dismissal With Prejudice, Doc. 19, the Court

directs the Clerk of Court to close this case, *see* FED. R. CIV. P. 41(a)(1)(A)(ii).

So ordered this 1st day of July 2026.


ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE